**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| IN RE: TRUST B UNDER AGREEMENT OF RICHARD H. WELLS DATED SEPTEMBER 28, 1956 | : No. 254 WAL 2022<br>:<br>:<br>: Petition for Allowance of Appeal<br>: from the Order of the Superior Court |
| PETITION OF: V.M.I. FOUNDATION, INC. | : |

## ORDER

**PER CURIAM**

      **AND NOW**, this 7th day of March, 2023, the Petition for Allowance of Appeal is

**GRANTED**. The issue, as stated by petitioner, is:

(1)    Whether, in a matter of first impression, the Pennsylvania Superior Court erred in its analysis and application of 20 Pa.C.S. § 7740.3(e) ("The Charitable Trust Termination Statute") in holding that the VMI Foundation, Inc. (hereinafter, "VMI Foundation") is not entitled to the remedies sought by its Motion for Summary Judgment, specifically to include the termination of the Wells Trust with an award of the trust's assets to the VMI Foundation to be held on the conditions nearly identical to the terms and conditions set forth in the Wells Trust?